UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS B. CAPOLA,<br><br>       Plaintiff,<br>v.<br><br>CHRIS FARRAR, VELOCITY AND COMMERCIAL CAPITAL, LLC.,<br><br>       Defendant. | Case No. 3:08-cv-562(CSH)<br><br>**ORDER** |

HAIGHT, Senior District Judge:

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file immediately, without prejudice to reopening by any party on or before **January 21, 2010**.

If the parties wish to file a stipulation of dismissal (for approval by the Court or simply for inclusion in the Court's file), they may do so on or before **January 21, 2010**.

The dates set forth in this order may be extended for good cause, upon a motion filed in accordance with Local Rule 7(b).

It is SO ORDERED.

Dated: New Haven, Connecticut
       December 21, 2009_

                                         /s/ Charles S. Haight, Jr.
                                    SENIOR UNITED STATES DISTRICT JUDGE