UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| THOMAS B. CAPOLA, : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NUMBER:  3:08-CV-00562(CSH) |
| : | |
| CHRIS FARRAR and : | |
| VELOCITY COMMERCIAL : | |
| CAPITAL, LLC, : | |
| Defendants. : | |
| : | MARCH 4, 2010 |

## STIPULATION TO DISMISSAL

The Plaintiff, Thomas Capola, and the Defendants, Velocity Commercial Capital, LLC and Chris Farrar, by their respective counsel, hereby stipulate to the dismissal of the above entitled action with prejudice and without costs or attorneys fees to any party.

PLAINTIFF,  
THOMAS B. CAPOLA

By:  */s/ Kevin T. Duffy, Jr.*  
Kevin T. Duffy, Jr.  
10 Glenville Street  
Greenwich, CT  06831

HIS ATTORNEY

DEFENDANTS, VELOCITY  
COMMERCIAL CAPTIAL, LLC AND  
CHRIS FARRAR

By: */s/ Edward M. Richters*  
Edward M. Richters (ct 08043)  
richtere@jacksonlewis.com  
Alison Jacobs Wice (ct 21771)  
wicea@jacksonlewis.com  
Jackson Lewis LLP  
90 State House Square, 8th Floor  
Hartford, CT  06103  
Tel. (860) 522-0404  
Fax (860) 247-1330

THEIR ATTORNEY

CERTIFICATION OF SERVICE

I hereby certify that on March 4, 2010, a copy of the foregoing Stipulation to Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Edward M. Richters*
Edward M. Richters